SCPW-19-0000827

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DEMONT R. D. CONNER, Petitioner,

vs.

ADMINISTRATIVE JUDGE OF THE CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent Judge.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner DeMont R. D. Conner's petition for writ of mandamus, filed on November 25, 2019, and the record, it appears that petitioner fails to demonstrate that he has a clear and indisputable right to the requested extraordinary relief from this court and has alternative means to seek relief. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, December 4, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson